UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| In re:<br><br>Ryo Jade Zane,<br><br>　　　　Debtor.<br>_____<br>Ryo Jade Zane,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Seterus Inc.,<br><br>　　　　Defendants. | Adversary Case No. 13-01607-TWD<br><br>Case No. 13-19219-TWD<br><br>**STIPULATION RESOLVING ADVERSARY PROCEEDING** |

Defendant, Seterus, Inc. ("Defendant"), by and through its undersigned attorney of record, Angela M. Michael, Esq., of McCarthy & Holthus, LLP; and Debtor/Plaintiff, Ryo Jade Zane ("Plaintiff"), by and through their attorney of record, Audrey L Udashen, Esq.; now enter into the below stipulation to resolve and dismiss the Adversary Proceeding:

1. Plaintiff and Defendant have reached a confidential settlement agreement, which resolved the issues concerning the Adversary Complaint.

2. Plaintiff and Defendant agree to be bound by the terms of the confidential agreement.

3. All pending hearings and motions related to the Adversary Complaint are off calendar and withdrawn.

4. Each party shall bear their own costs of litigation.

5. The Adversary Proceeding is dismissed.

| | |
|---|---|
| /s/ Angela M. Michael | 9/19/2014 |
| Angela M. Michael, Esq. | Dated |
| Attorney for Defendant | |

| | |
|---|---|
| /s/ Audrey L Udashen | 9/17/2014 |
| Audrey L Udashen, Esq. | Dated |
| Attorney for Plaintiff | |